**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No.  97-1391

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff - Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Leon Jack Hudson, also known | * | |
| as Charles North, | * | [UNPUBLISHED] |
| | * | |
| Defendant - Appellant. | * | |

_____

Submitted: June 10, 1997
Filed: June 13, 1997

_____

Before MURPHY and HEANEY, Circuit Judges, and BOGUE,[1] District Judge.

_____

PER CURIAM.

Leon Jack Hudson was found guilty by a jury of bank robbery under 18 U.S.C. § 2113(a) (1997) and sentenced to 84 months in prison.  Hudson argues on appeal that the evidence was insufficient to show that he took property of the bank by "force,

_____

[1]The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

violence, or intimidation" and that the district court[2] erred in applying a sentencing enhancement for obstruction of justice under U.S.S.G. § 3C1.1 (1997) because he lied about his identity at his initial appearance. A thorough review of the record reveals that the evidence was sufficient to support the conviction under § 2113(a) and the enhancement was appropriate because Hudson's identity was a material fact. United States v. St. James, 38 F.3d 987, 988 (8th Cir. 1994). The judgment of the district court is affirmed.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.